QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
    shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

  Kari Wohlschlegel (Bar No. 294807)
    kariwohlschlegel@quinnemanuel.com
  Tina Lo (Bar No. 311184)
    tinalo@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendant Kia Motors America, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Cara Centko and Jenn Lazar, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Kia Motors America, Inc.,<br><br>Defendant | CASE NO. 8:17-cv-00838<br><br>**STIPULATION TO WITHDRAW MOTION TO DISMISS AND FILE AMENDED COMPLAINT**<br><br>The Hon. Josephine L. Staton<br><br>Complaint Filed: May 10, 2017<br>Trial Date: None Set |

## STIPULATION TO WITHDRAW MOTION TO DISMISS

## AND FILE AMENDED COMPLAINT

Defendant Kia Motors America, Inc. ("KMA") and Plaintiffs Centko and Lazar ("Plaintiffs"), through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed a Class Action Complaint on May 10, 2017 (Dkt. 1);

WHEREAS, KMA filed a Notice of Motion and Motion to Dismiss on June 30, 2017 (Dkt. 37);

WHEREAS, the parties have conferred and have agreed, that KMA will withdraw its Notice of Motion and Motion to Dismiss without prejudice;

WHEREAS, the parties have conferred and agreed, that pursuant to Fed. R. Civ. Proc. 15(a)(2), Plaintiffs will file an amended complaint within 30 days of the court's order granting withdrawal;

WHEREAS, the parties have conferred and agreed, that KMA will have 30 days from the filing of Plaintiffs' amended complaint to answer or otherwise respond;

WHEREAS, it is hereby STIPULATED AND AGREED by and between the parties that in the interest of judicial economy, KMA will withdraw its Motion to Dismiss (Dkt. 37) without prejudice, plaintiffs will amend their Complaint (Dkt. 1) within 30 days of court's order granting withdrawal, and KMA will have 30 days to respond to the amended complaint.

DATED:  August 2, 2017         QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  /s/ Shon Morgan
Shon Morgan
*Attorneys for Defendant*
*Kia Motors America, Inc.*

DATED:  August 2, 2017         CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP


By  /s/ Todd D. Carpenter
Todd D. Carpenter
*Attorneys for Plaintiffs*
*Cara Centko and Jenn Lazar, on behalf of themselves and all others similarly situated*

-3-
STIPULATION TO WITHDRAW MOTION TO DISMISS AND FILE AMENDED COMPLAINT