UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. SACV 17-00838 JLS (JDE)            Date: August 23, 2017
Title: Cara Centko et al v. KIA Motors America, Inc.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                     Not Present

**PROCEEDINGS:**    **(IN CHAMBERS)    ORDER TO SHOW CAUSE ("OSC")
                           ORDER CONTINUING SCHEDULING CONFERENCE**

     On July 6, 2017, the Court set a scheduling conference for August 25, 2017, and ordered counsel to file their Joint 26(f) Report in advance of the scheduling conference. (*See* Doc. 39.) The Order attached a blank Exhibit A. (*Id.* at 7.) The Joint Rule 26(f) Report filed by the parties did not include the completed Exhibit A. (Doc. 34.)

     Accordingly, no later than September 8, 2017, counsel shall file an Amended Joint Rule 26(f) Report with a fully completed Exhibit A. Failure to do so may result in the imposition of monetary sanctions pursuant to the Court's inherent power and/or other sanctions authorized by the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 16(f), 37(b)(2)(A)(i)-(vii) & 37(b)(2)(C).

     The Court CONTINUES the Scheduling Conference to September 22, 2017 at 1:30 p.m.

     **IT IS SO ORDERED.**

                                                                        Initials of Preparer:  tg