Joseph G. Sauder
jgs@sauderschelkopf.com
Matthew D. Schelkopf (*pro hac vice*)
mds@sauderschelkopf.com
**SAUDER SCHELKOPF LLC**
555 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0580
Facsimile: (610) 421-1326

*Attorneys for Plaintiffs and the Proposed Class*

*[LIST OF ADDITIONAL COUNSEL ON SIGNATURE PAGE]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Kia Engine Litigation* | Case No.: 8:17-cv-00838-JLS-JDE |
| | **CLASS ACTION** |
| | **PLAINTIFFS' UNOPPOSED NOTICE OF MOTION AND MOTION FOR THE APPOINTMENT OF INTERIM CLASS COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MATTHEW D. SCHELKOPF; DECLARATION OF ADAM GONELLI; [PROPOSED] ORDER** |
| | Hearing Date:   June 8, 2018<br>Hearing Time:   2:30 p.m.<br>Courtroom:   10A |

PLEASE TAKE NOTICE that on June 8, 2018, at 2:30 p.m. in Courtroom 10A of the Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth St., Santa Ana, CA, 92701, Plaintiffs Christopher Stanczak, Rose Creps, Cara Centko, and Jenn Lazar will move for an order appointing interim class counsel.

1   This motion will be based on the attached Memorandum of Points and Authorities,
2   the Declarations of Matthew D. Schelkopf and Adam Gonelli and exhibits attached
3   thereto, and on such other evidence or argument as may be offered at any hearing on this
4   motion. A proposed order is enclosed herewith.

DATED:  April 17, 2018.                    **SAUDER SCHELKOPF LLC**

                                       By:   */s/ Matthew D. Schelkopf*
                                              Joseph G. Sauder
                                              Matthew D. Schelkopf (*pro hac vice*)
                                              Joseph B. Kenney
                                              555 Lancaster Avenue
                                              Berwyn, PA 19312
                                              Telephone: (610) 200-0580
                                              Facsimile: (610) 421-1326
                                              jgs@sstriallawyers.com
                                              mds@sstriallawyers.com
                                              jbk@sstriallawyers.com

                                  Adam Gonnelli, Esq.
                                  **THE SULTZER LAW GROUP**
                                  85 Civic Center Plaza, Suite 104
                                  Poughkeepsie, NY 12601
                                  Tel: (845) 483-7100
                                  Fax: (888) 749-7747
                                  [gonnellia@thesultzerawgroup.com](gonnellia@thesultzerawgroup.com)

                                  *Proposed Interim Co-Lead Counsel*

                                  Bonner Walsh
                                  **WALSH PLLC**
                                  1561 Long Haul Road
                                  Grangeville, ID 83530
                                  Telephone: (541) 359-2827
                                  Facsimile: (866) 503-8206
                                  Email:  bonner@walshpllc.com

                                  *Proposed Executive Committee*

                                  Richard D. McCune
                                  State Bar No. 132124
                                  rdm@mccunewright.com
                                  David C. Wright

State Bar No. 177468
dcw@mccunewright.com
**McCune Wright Arevalo LLP**
3281 Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Laura R. Reznick
**LEEDS BROWN LAW, P.C.**
1 Old Country Road, Suite 347
Carle Place, NY 11514
Telephone: (516) 873-9550
Email:lreznick@leedsbrownlaw.com

**HALUNEN LAW**
Melissa W. Wolchansky (to be admitted *pro hac vice*)
*wolchansky@halunenlaw.com*
Amy E. Boyle (to be admitted *pro hac vice*)
*boyle@halunenlaw.com*
1650 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099

**CARLSON LYNCH SWEET KILPELA & CARPENTER**
Todd D. Carpenter (CA 234464)
tcarpenter@carlsonlynch.com
402 West Broadway, 29th Floor
San Diego, California 92101
Telephone: (619) 756-6994
Facsimile: (619) 756-6991

Edwin J. Kilpela (to be admitted *pro hac vice*)
ekilpela@carlsonlynch.com
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Fax: (412) 231-0246

Jonathan D Miller
**Nye Peabody Stirling Hale and Miller LLP**
33 West Mission Street Suite 201
Santa Barbara, CA 93101
805-963-2345
Fax: 805-563-5385
Email: jonathan@nps-law.com

Unopposed Motion for the Appointment of Interim Class Counsel
Case No.: 8:17-cv-00838-JLS-JDE

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I, Matthew D. Schelkopf, hereby certify that on this 17th day of April, 2018, I caused the foregoing to be filed using the Court's CM/ECF system, and thereby electronically served it upon all registered ECF users in this case.

DATED: April 17, 2018.                    Respectfully submitted,

By:   */s/ Matthew D. Schelkopf*
       Matthew D. Schelkopf