QUINN EMANUEL URQUHART & SULLIVAN, LLP
Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kari Wohlschlegel (Bar No. 294807)
kariwohlschlegel@quinnemanuel.com
Tina Lo (Bar No. 311184)
tinalo@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendant Kia Motors America, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| *In re: Kia Engine Litigation* | CASE NO. 8:17-cv-00838 |
| | **NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR THE APPOINTMENT OF INTERIM CLASS COUNSEL** |
| | The Hon. Josephine L. Staton |
| | Trial Date:   None Set |

PLEASE TAKE NOTICE that Defendant Kia Motors America, Inc. does not oppose Plaintiffs' Motion for the Appointment of Interim Class Counsel (Dkt. 69).

DATED:  April 27, 2018        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By      */s/ Shon Morgan*
      Shon Morgan
      *Attorney for Defendant Kia Motors America, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on April 27, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

Executed on April 27, 2018.

*/s/ Shon Morgan*

Shon Morgan
