UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| *In re: Kia Engine Litigation* | CASE NO. 8:17-cv-00838-JLS-JDE |
| | **ORDER GRANTING JOINT STIPULATION** |
| | The Hon. Josephine L. Staton |
| | Trial Date:        None Set |

1  Plaintiffs in the above-captioned action and Defendant Kia Motors America,
2  Inc. ("Kia") have filed a Joint Stipulation ("Stipulation").  Having considered the
3  Stipulation and good cause appearing, it is hereby ORDERED that the Stipulation is
4  granted.
5  The Parties will jointly file a proposed schedule for the filing of a
6  consolidated complaint (or separate consolidated complaints against Hyundai and
7  Kia) and a date for defendants' response to the complaint(s).  The parties shall file
8  their proposed schedule within 10 days of the latter of (a) the transfer to this Court
9  of the Smolek action or (b) the Court's resolution of the Motion for Appointment of
10 Interim Class Counsel.

11 **IT IS SO ORDERED.**
12 Dated:  May 03, 2018

Hon. Josephine L. Staton
United States District Judge