1  Matthew D. Schelkopf
   mds@sstriallawyers.com
2  Joseph G. Sauder
   jgs@sstriallawyers.com
3  Joseph B. Kenney
   jbk@sstriallawyers.com
4  **SAUDER SCHELKOPF**
   555 Lancaster Avenue
5  Berwyn, Pennsylvania 19312
   Telephone: (610) 200-0581
6  Facsimile: (610) 421-1326

7  *Attorneys for Plaintiffs*

8  [Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES KINNICK and WALLACE COATS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HYUNDAI MOTOR COMPANY, LTD, HYUNDAI MOTOR AMERICA, INC., and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: 8:17-cv-02208<br><br>The Honorable Judge Josephine L. Staton<br><br><u>CLASS ACTION</u><br><br>**JOINT STIPULATION FOR APPOINTMENT OF INTERIM CLASS COUNSEL** |

**UNITED STATES DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re: Kia Engine Litigation* | Case No. 8:17-cv-00838-JLS-JDE<br><br>The Honorable Judge Josephine L. Staton<br><br><u>CLASS ACTION</u><br><br>**JOINT STIPULATION FOR APPOINTMENT OF INTERIM CLASS COUNSEL** |

Matthew D. Schelkopf
Joseph G. Sauder
Joseph B. Kenney
**SAUDER SCHELKOPF**
555 Lancaster Avenue
Berwyn, Pennsylvania 19312
Telephone: (610) 200-0581
jgs@sstriallawyers.com
mds@sstriallawyers.com
jbk@sstriallawyers.com

Adam Gonnelli
**The Sultzer Law Group P.C.**
280 Highway 35, Suite 304
Red Bak, New Jersey 07701
Telephone: (845) 483-7100
Facsimile: (888) 749-7747
Gonnellia@TheSultzerLawGroup.com

Bonner Walsh
**WALSH PLLC**
21810 Pine Crest Dr.
Bly, Oregon 97622
Telephone: (541) 359-2827
Facsimile: (866) 503-8206
bonner@walshpllc.com

*Proposed Interim Class Counsel*

Daniel C. Levin
Austin B. Cohen
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Ste. 500
Philadelphia, Pennsylvania 19106
Telephone: (215) 592-1500

Jason S. Rathod
Nicholas Migliaccio
Esfand Nafisi
**MIGLIACCIO & RATHOD LLP**
412 H St. NE, Suite 302
Washington D.C. 20002
Telephone: (202) 470-3520
www.classlawdc.com

*Counsel for the Brogan and Smolek Actions*

---

JOINT STIPULATION TO APPOINTMENT OF INTERIM CLASS COUNSEL
CASE NOS. 8:17-cv-01365-JLS-JDE, 8:17-cv-02208-JLS-JDE

Plaintiffs in the *In re Kia Engine Litigation*, *Brogan v. Hyundai Motor America, et al.* and *Smolek v. Hyundai Motor America, et al.* actions (collectively, the "Actions") hereby stipulate as follows:

WHEREAS, this litigation arises from allegations (denied by Defendants) that Defendants Kia Motors America, Inc., Hyundai Motor Company, LTD, and Hyundai Motor America, Inc., manufactured, sold, and leased certain Kia and Hyundai vehicles with "Theta" engines that have an engine defect that can cause sudden engine seizure and failure;

WHEREAS, Plaintiffs Centko and Lazar filed an action against Defendant Kia Motors America, Inc. on May 10, 2017, No. 8:17-cv-00838 (C.D. Cal.);

WHEREAS, Plaintiffs Stanczak and Creps filed an action against Defendant Kia Motors America, Inc. on August 8, 2017, No. 8:17-cv-01365-JLS-JDE (C.D. Cal.);

WHEREAS, the Court ordered Plaintiffs' cases to be consolidated under the caption *In re Kia Engine Litigation*, No. 8:17-cv-00838-JLS-JDE (C.D. Cal.) on October 2, 2017, pursuant to Rule 42(a) since they involve common questions of law and fact, (Dkt. No. 53);

WHEREAS, Plaintiffs Wallace Coats and James Kinnick filed an action against Hyundai Motor Company, LTD, and Hyundai Motor America, Inc. on December 19, 2017, No. 8:17-cv-00838-JLS-JDE (C.D. Cal.), and related it to *In re Kia Engine Litigation*, No. 8:17-cv-00838-JLS-JDE (C.D. Cal.);

WHEREAS, *Brogan v. Hyundai Motor America et al.*, No. 7:18-cv-00525-VB (S.D.N.Y.) (the "*Brogan* Action"), alleging similar defects with the Theta engines, was filed in the United States District Court for the Southern District of New York on January 22, 2018;

WHEREAS, on April 9, 2018, the *Brogan* Action was transferred to this Court for coordination with *In re Kia Engine Litigation*, No. 8:17-cv-00838-JLS-JDE (C.D. Cal.) and *Wallace Coates, et al v. Hyundai Motor Company, Ltd. et al.*, 8:17-cv-02208-JLS-JDE (C.D. Cal.);

WHEREAS, *Smolek v. Hyundai Motor America et al.*, Case No. 1:18-cv-02716-MA (N.D. Ill.) (the "*Smolek* Action"), alleging similar defects with the Theta engines, was filed in the United States District Court for the Northern District of Illinois on January 22, 2018;

WHEREAS, on June 5, 2018, the *Smolek* Action was transferred to this Court for coordination with *In re Kia Engine Litigation*, Case No. 8:17-cv-00838-JLS-JDE (C.D. Cal.) and *Wallace Coates, et*

*al. v. Hyundai Motor Company, Ltd. et al.*, 8:17-cv-02208-JLS-JDE (C.D. Cal.);

WHEREAS, on April 18, 2018, Plaintiffs in *In re Kia Engine Litigation* filed a motion for Appointment of Interim Counsel seeking the appointment of Matthew D. Schelkopf of Sauder Schelkopf and Adam Gonnelli of The Sultzer Law Group, P.C. to serve as Co-Lead Interim Class Counsel and Bonner Walsh of Walsh PLLC to serve as the executive committee. (Dkt. No. 69);

WHEREAS, on April 27, 2018, Defendant KIA Motors America, Inc. filed a Notice of Non-Opposition to Plaintiffs' motion for Appointment of Interim Counsel. (Dkt. No. 70);

**IT IS HEREBY STIPULATED AND AGREED**, by Plaintiffs in the Actions, subject to the Court's approval, that:

1. The leadership structure as proposed in Plaintiffs' Motion for Appointment of Counsel seeking the appointment of Matthew D. Schelkopf of Sauder Schelkopf and Adam Gonnelli of The Sultzer Law Group, P.C. to serve as Co-Lead Interim Class Counsel and Bonner Walsh of Walsh PLLC to serve as the executive committee, be **GRANTED**.

Dated: June 11, 2018          **SAUDER SCHELKOPF**

By:   /s/ *Matthew D. Schelkopf*
        Matthew D. Schelkopf
        Joseph G. Sauder
        Joseph B. Kenney
        555 Lancaster Avenue
        Berwyn, Pennsylvania 19312
        Telephone: (610) 200-0581
        mds@sstriallawyers.com
        jgs@sstriallawyers.com
        jbk@sstriallawyers.com

        Adam Gonnelli
        **The Sultzer Law Group P.C.**
        280 Highway 35, Suite 304
        Red Bak, New Jersey 07701
        Telephone: (845) 483-7100
        Facsimile: (888) 749-7747
        Gonnellia@TheSultzerLawGroup.com

|   |   |   |
|---|---|---|
|   |   | Bonner Walsh<br>**WALSH PLLC**<br>21810 Pine Crest Dr.<br>Bly, Oregon 97622<br>Telephone: (541) 359-2827<br>Facsimile: (866) 503-8206<br>bonner@walshpllc.com<br><br>*Proposed Interim Class Counsel* |
| Dated: June 11, 2018 | By: | _____<br>Daniel C. Levin<br>Austin B. Cohen<br>**LEVIN SEDRAN & BERMAN LLP**<br>510 Walnut Street, Ste. 500<br>Philadelphia, Pennsylvania 19106<br>Telephone: (215) 592-1500<br><br>*Counsel for the Brogan Action* |
| Dated: June 11, 2018 | By: | _____<br>Jason S. Rathod<br>Nicholas Migliaccio<br>Esfand Nafisi<br>**MIGLIACCIO & RATHOD LLP**<br>412 H St. NE, Suite 302<br>Washington D.C. 20002<br>Telephone: (202) 470-3520<br>www.classlawdc.com<br><br>*Counsel for the Smolek Action* |

Bonner Walsh
**WALSH PLLC**
21810 Pine Crest Dr.
Bly, Oregon 97622
Telephone: (541) 359-2827
Facsimile: (866) 503-8206
bonner@walshpllc.com

*Proposed Interim Class Counsel*

Dated: June 11, 2018        By: _____
Daniel C. Levin
Austin B. Cohen
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Ste. 500
Philadelphia, Pennsylvania 19106
Telephone: (215) 592-1500

*Counsel for the Brogan Action*

Dated: June 11, 2018        By: _____
Jason S. Rathod
Nicholas Migliaccio
Esfand Nafisi
**MIGLIACCIO & RATHOD LLP**
412 H St. NE, Suite 302
Washington D.C. 20002
Telephone: (202) 470-3520
www.classlawdc.com

*Counsel for the Smolek Action*

**ATTESTATION OF E-FILED SIGNATURE**

I, Matthew Schelkopf, am the ECF User whose ID and password are being used to file the foregoing *Joint Stipulation for Appointment of Interim Class Counsel*. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that the other signatories listed have concurred in this filing.

Dated:  June 11, 2018                            By:  */s/ Matthew D. Schelkopf*