1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF CALIFORNIA**

*In re: Kia Engine Litigation*

Case No. 8:17-cv-00838-JLS-JDE

The Honorable Judge Josephine L. Staton

<u>CLASS ACTION</u>

**JOINT STIPULATION FOR APPOINTMENT**
**OF INTERIM CLASS COUNSEL**

**ORDER**

After consideration of Plaintiffs' Joint Stipulation for Appointment of Interim Class Counsel, the leadership structure as proposed in Plaintiffs' Motion for Appointment of Counsel seeking the appointment of Matthew D. Schelkopf of Sauder Schelkopf and Adam Gonnelli of The Sultzer Law Group, P.C. to serve as Co-Lead Interim Class Counsel and Bonner Walsh of Walsh PLLC to serve as the executive committee, is hereby **GRANTED**.

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated:  <u>June 15, 2018</u>

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT COURT JUDGE