QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
  Kari Wohlschlegel (Bar No. 294807)
  kariwohlschlegel@quinnemanuel.com
  Tina Lo (Bar No. 311184)
  tinalo@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Kia Motors America, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| *In re: Kia Engine Litigation* | CASE NO. 8:17-cv-00838 |
| | **JOINT STIPULATION TO PROPOSED BRIEFING SCHEDULE** |
| | The Hon. Josephine L. Staton |
| | Trial Date:        None Set |

1    WHEREAS, plaintiffs Christopher Stanczak, Rose Creps, Cara Centko, and

2 Jenn Lazar ("In re: Kia Plaintiffs") filed a Second Consolidated Class Action

3 Complaint on February 2, 2018 against Kia Motors America, Inc. ("Kia"), alleging

4 that certain vehicles with a so-called "Theta II" engine are prone to failure;

5    WHEREAS, on February 14, 2018, the parties filed a joint stipulation

6 agreeing to stay Kia's response pending resolution of a motion to transfer *Brogan v.*

7 *Hyundai Motors America*, 7:18-cv-00525 (S.D.N.Y.) ("*Brogan*") to this Court (Dkt.

8 63);

9    WHEREAS, on April 9, 2018, the *Brogan* Court ordered the transfer of the

10 Brogan action to the Central District of California. The *Brogan* action was docketed

11 in the Central District of California on April 16, 2018 and transferred to this Court

12 on April 20, 2017;

13    WHEREAS, on April 30, 2018, the parties filed a joint stipulation agreeing to

14 jointly file a proposed schedule for the filing of a consolidated complaint (or

15 separate consolidated complaints against Hyundai and Kia) and a date for

16 defendants' response to the complaint(s) after two issues were resolved: (a) the

17 transfer of *Smolek v. Hyundai Motor America et al.*, 1:18-cv-02716 (N.D. Ill.)

18 ("*Smolek*") to this Court and (b) a ruling on the Motion for Appointment of Interim

19 Class Counsel (Dkt. 71.);

20    WHEREAS, on June 5, 2018, the *Smolek* Court ordered the transfer of the

21 *Smolek* action to the Central District of California. The *Smolek* action was docketed

22 in the Central District of California on June 14, 2018 and transferred to this Court on

23 June 21, 2018;

24    WHEREAS, on June 15, 2018, the Court granted plaintiff's Motion for

25 Appointment of Interim Class Counsel (Dkt. 80);

26    WHEREAS, all actions against Hyundai and Kia entities relating to the same

27 engine design are now before this Court in the putative class actions entitled *Coats*

28 *v. Hyundai Motor Company, Ltd.*, 8:17-cv-02208 (C.D. Cal.) ("*Coats*"), *Brogan v.*

1 | *Hyundai Motors America*, 8:18-cv-00622 (C.D. Cal.), and *Smolek v. Hyundai Motor*
2 | *America et al.*, 2:18-cv-05255-JLS-JDE (C.D. Cal.).

3 |       WHEREAS, the parties have conferred and agree that plaintiffs from all four
4 | actions will file a consolidated complaint or separate consolidated complaints
5 | against Hyundai and Kia by July 31, 2018;

6 |       WHEREAS, the parties have agreed that defendants will file an answer or a
7 | motion to dismiss the amended complaint by September 4, 2018;

8 |       WHEREAS, if defendants file a motion to dismiss, the parties have agreed to
9 | a response date of October 9, 2018 for plaintiffs and a reply date of October 30,
10 | 2018 for defendants;

11 |       IT IS HEREBY AGREED AND STIPULATED that:

12 |       1.  Plaintiffs shall have until **July 31, 2018** to file a consolidated complaint
13 | or consolidated complaints against Hyundai and Kia;

14 |       2.  Defendants' response to the consolidated complaint(s) shall be due on
15 | **September 4, 2018**; and

16 |       3.  If defendants file a motion to dismiss, plaintiffs' will respond to the
17 | motion by **October 9, 2018**, and defendants will reply by **October 30, 2018**.

18 |
19 |
20 | DATED:  June 25, 2018         QUINN EMANUEL URQUHART &
21 |                                  SULLIVAN, LLP
22 |
23 |                    By       */s/ Shon Morgan*
24 |                        Shon Morgan
25 |                        Attorneys for Kia Motors America, Inc.
26 |
27 |
28 |

1   DATED:  June 25, 2018                    SAUDER SCHELKOPF LLC
2
3
4                                            By_____
                                                   */s/ Matthew Schelkopf*
5                                            Matthew Schelkopf
                                             *Attorneys for Plaintiffs*
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ECF ATTESTATION**

I, Shon Morgan, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.3(a)(2).

By    */s/ Shon Morgan*

Shon Morgan