1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| *In re: Kia Engine Litigation* | CASE NO. 8:17-cv-00838 |
| | **[PROPOSED] ORDER GRANTING JOINT STIPULATION** |
| | The Hon. Josephine L. Staton |
| | Trial Date: None Set |

1    Plaintiffs in the above-captioned action and Defendant Kia Motors America,
2 Inc. ("Kia") have filed a Joint Stipulation ("Stipulation").  Having considered the
3 Stipulation and good cause appearing, it is hereby ORDERED that the Stipulation is
4 granted.
5    1.    Plaintiffs shall have until **July 31, 2018** to file a consolidated complaint
6 or consolidated complaints against Hyundai and Kia;
7    2.    Defendants' response to the consolidated complaint(s) shall be due on
8 **September 4, 2018**; and
9    3.    If defendants file a motion to dismiss, plaintiffs' will respond to the
10 motion by **October 9, 2018**, and defendants will reply by **October 30, 2018**.
11   **IT IS SO ORDERED.**

15 Dated: _____    _____
16                                   Hon. Josephine L. Staton