QUINN EMANUEL URQUHART & SULLIVAN, LLP
Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Kari Wohlschlegel (Bar No. 294807)
kariwohlschlegel@quinnemanuel.com
Tina Lo (Bar No. 311184)
tinalo@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendants Kia Motors America, Inc., Hyundai Motor America, In., and Hyundai Motor Company, Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| *In re: Hyundai and Kia Engine Litigation* | CASE NO. 8:17-cv-00838<br><br>Related Cases:<br>8:17-cv-01365-JLS-JDE<br>8:17-cv-02208-JLS-JDE<br>2:18-cv-05255-JLS-JDE<br>8:18-cv-00622-JLS-JDE<br><br>**JOINT STATUS REPORT**<br><br>Date:    None Set<br><br>The Hon. Josephine L. Staton<br><br>Trial Date:         None Set |

The following report is tendered pursuant to the Court's December 21, 2018 order (Dkt. No. 100) and to update the Court regarding the status of the parties' mediation and settlement negotiations.

On December 21, 2018, plaintiffs' counsel and representatives of HMA attended a mediation session that was presided over by Hon. Ronald M. Sabraw (ret.) through JAMS. The mediation was productive and the parties have reached an agreement in principle on the substantive terms of a settlement. The parties anticipate they will be prepared to present a settlement for Court approval within the next 60 days.

The hearing on the pending Motions to Dismiss is currently scheduled for February 15, 2019. (Dkt. No. 100). Per Local Rule 7-10, defendants' reply briefs in support of the motions must be filed by February 1, 2019. Because the parties share an interest in advancing these matters as efficiently and expeditiously as possible and are mindful that a settlement agreement would obviate the need for the parties and the Court to further address the pending Motions to Dismiss, the parties request that the hearing be removed from the calendar. The parties will file either a motion seeking preliminary approval of the proposed settlement or an update regarding the status of settlement negotiations on or before March 12, 2019.

DATED: January 11, 2019

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Shon Morgan
Shon Morgan
Attorneys for Defendants Kia Motors America, Inc., Hyundai Motor America, In., and Hyundai Motor Company, Ltd.

|   |   |   |
|---|---|---|
| 1 | DATED:  January 11, 2019 | SAUDER SCHELKOPF LLC |

By      /s/ Matthew Schelkopf
Matthew Schelkopf (*pro hac vice*)
Sauder Schelkopf
555 Lancaster Ave.
Berwyn, PA 19312
Telephone: (610) 200-0581
Email: mds@sstriallawyers.com
*Attorney for Plaintiffs*

Adam Gonnelli, Esq. (*pro hac vice*)
THE SULTZER LAW GROUP
85 Civic Center Plaza, Suite 104
Poughkeepsie, NY 12601
Tel: (845) 483-7100
Fax: (888) 749-7747
Email: gonnellia@thesultzerlawgroup.com
*Co-Lead Counsel*

Bonner Walsh (*pro hac vice*)
WALSH PLLC
1561 Long Haul Road
Grangeville, ID 83530
Telephone: (541) 359-2827
Facsimile: (866) 503-8206
Email: bonner@walshpllc.com
*Executive Committee*

**ECF ATTESTATION**

I, Shon Morgan, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

By  */s/ Shon Morgan*
   Shon Morgan