QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
    shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

  Kari Wohlschlegel (Bar No. 294807)
    kariwohlschlegel@quinnemanuel.com
  Tina Lo (Bar No. 311184)
    tinalo@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendants Hyundai Motor Co.,
Hyundai Motor America, Inc.,
and Kia Motors America, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| *In re: Hyundai and Kia Engine Litigation* | CASE NO. 8:17-cv-00838 |
| | Related Cases:<br>8:17-cv-01365-JLS-JDE<br>8:17-cv-02208-JLS-JDE<br>2:18-cv-05255-JLS-JDE<br>8:18-cv-00622-JLS-JDE |
| | **JOINT STIPULATION REGARDING STATUS AND REQUEST TO CONTINUE HEARING** |
| | The Hon. Josephine L. Staton |
| | Trial Date:      None Set |

1   The following report is tendered pursuant to the Court's January 15, 2019
2   Order (Dkt. 103) and to update the Court regarding the status of the parties'
3   settlement negotiations.
4   WHEREAS, Plaintiffs in the above-captioned actions and Defendants
5   Hyundai Motor Company ("HMC"), Hyundai Motor America ("HMA"), and Kia
6   Motors America, Inc. ("KMA") have reached a settlement in principle and are
7   conducting confirmatory discovery relating to the proposed settlement;
8   WHEREAS, the parties expect to complete confirmatory discovery, including
9   a Rule 30(b)(6) deposition, by April 30, 2019;
10  WHEREAS, the parties request that Defendants be permitted to now obtain
11  from R.L. Polk & Co. (n/k/a IHS Markit), or a similar entity, the most currently
12  available names and addresses of all current and former owners and lessees of
13  Settlement Class Vehicles in order to begin developing the Class List so as to
14  provide prompt Notice to Class Members after Preliminary Approval of any
15  Settlement.
16  WHEREAS, the parties anticipate submitting a motion for preliminary
17  approval of the proposed settlement by May 17, 2019;
18  WHEREAS, the parties share an interest in advancing this matter as
19  efficiently and expeditiously as possible and are mindful that a settlement agreement
20  in this action would obviate the need for Defendants to address the pending Motion
21  to Dismiss;
22  WHEREAS, the parties request that the Court continue the hearing date on
23  the pending Motions to Dismiss from April 19, 2019 to June 28, 2019;
24  NOW THEREFORE, Plaintiffs and Defendants hereby agree and stipulate as
25  follows:
26  The hearing date on the pending Motion to Dismiss should be continued from
27  April 19, 2019 to June 28, 2019.
28  IT IS SO STIPULATED.

| | |
|---|---|
| DATED: March 8, 2019 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By   */s/ Shon Morgan*<br>Shon Morgan<br>*Attorneys for Kia Motors America, Inc., Hyundai Motor America, Inc., and Hyundai Motor Company, Ltd.* |
| DATED: March 8, 2019 | SAUDER SCHELKOPF LLC |
| | By   */s/ Matthew Schelkopf*<br>Matthew Schelkopf<br>*Attorneys for Plaintiffs* |

**ECF ATTESTATION**

I, Shon Morgan, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

By */s/ Shon Morgan*
Shon Morgan