1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Shon Morgan (Bar No. 187736)
2     shonmorgan@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
3  Los Angeles, California 90017-2543
   Telephone:   (213) 443-3000
4  Facsimile:    (213) 443-3100

5    Kari Wohlschlegel (Bar No. 294807)
     kariwohlschlegel@quinnemanuel.com
6    Tina Lo (Bar No. 311184)
     tinalo@quinnemanuel.com
7  50 California Street, 22nd Floor
   San Francisco, CA 94111
8  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700

9
   Attorneys for Defendants
10

11

12                  UNITED STATES DISTRICT COURT

13      CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

14

15  *In re: Hyundai and Kia Engine*        CASE NO. 8:17-cv-00838
    *Litigation*
16                                          Member Cases:
                                            8:17-cv-01365-JLS-JDE
17                                          8:17-cv-02208-JLS-JDE
                                            2:18-cv-05255-JLS-JDE
18                                          8:18-cv-00622-JLS-JDE

19                                          Related Case:
                                            8:18-cv-02223-JLS-JDE
20
                                            **JOINT STIPULATION**
21                                          **REGARDING STATUS AND**
                                            **REQUEST TO CONTINUE**
22                                          **HEARING**

23                                          The Hon. Josephine L. Staton

24                                          Trial Date:        None Set

25

26

27

28

1       This report supplements the parties' March 8, 2019 Joint Status Report (ECF

2 No. 104) and updates the status of the parties' settlement negotiations.

3       Since the parties' last report, the plaintiffs in a matter not before this Court

4 (*Musgrave, et al. v. Hyundai Motor America, Inc., e. al.*, Case No. 4:18-cv-07313-

5 YGR (N.D. Cal.)) have filed a 28 U.S.C. § 1407 Multidistrict Litigation motion,

6 seeking to transfer several other cases to this Court for coordination and/or

7 consolidation.[1]  The parties here have opposed the proposed MDL and instead

8 believe that, to the extent the cases pending in other jurisdictions are appropriate for

9 transfer and coordination with this action, a 28 U.S.C. § 1404 transfer would be

10 more appropriate.  Reply briefing in the MDL proceeding is due next week and the

11 JPML will likely set the matter for hearing soon after.

12       The MDL proceeding has delayed finalization of settlement in this

13 matter.  Accordingly, the parties anticipate they will need an additional 45 days to

14 finalize settlement terms and complete confirmatory discovery.  The parties aim to

15 present a motion for preliminary approval of a settlement to this Court by July 1,

16 2019.  For these reasons, the parties also request the Court continue the hearing date

17 on the pending Motions to Dismiss from June 28, 2019 to August 30, 2019.

18       NOW THEREFORE, plaintiffs and defendants hereby agree and stipulate as

19 follows:

20       The hearing date on the pending Motion to Dismiss should be continued from

21 June 28, 2019 to August 30, 2019.

22       IT IS SO STIPULATED.

23

24

25

26

---

27     [1]  Attached as Exhibit A is a copy of the current Schedule of Actions before the
28 Judicial Panel of Multidistrict Litigation ("JPML") to inform the Court of all
impacted matters.

1

DATED:  May 17, 2019

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

2

3

4

By _____/s/ Shon Morgan_____

5

Shon Morgan
*Attorneys for Kia Motors America, Inc.,*
*Hyundai Motor America, Inc., and*
*Hyundai Motor Company, Ltd.*

6

7

8

DATED:  May 17, 2019

SAUDER SCHELKOPF LLC

9

10

11

By _____/s/ Matthew Schelkopf_____

12

Matthew Schelkopf
*Attorneys for Plaintiffs*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ECF ATTESTATION**

I, Shon Morgan, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

By _____*/s/ Shon Morgan*_____
        Shon Morgan