QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
    shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

  Kari Wohlschlegel (Bar No. 294807)
    kariwohlschlegel@quinnemanuel.com
  Tina Lo (Bar No. 311184)
    tinalo@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| *In re: Hyundai and Kia Engine Litigation* | CASE NO. 8:17-cv-00838<br><br>Member Cases:<br>8:17-cv-01365-JLS-JDE<br>8:17-cv-02208-JLS-JDE<br>2:18-cv-05255-JLS-JDE<br>8:18-cv-00622-JLS-JDE<br><br>Related Case:<br>8:18-cv-02223-JLS-JDE<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO CONTINUE HEARING**<br><br>The Hon. Josephine L. Staton<br><br>Trial Date:            None Set |

1   The parties in the above-captioned action and in related case, *Leslie Flaherty et al. v. Hyundai Motor Company et al.*, Case No. 8:18-cv-02223-JLS-JDE (C.D. Cal.), are pleased to report to the Court that the parties in both actions have reached a settlement in principle.

The parties are finalizing the full settlement agreement and anticipate presenting the proposed settlement with a motion for preliminary approval to the Court within the next 60 days.

The parties have also notified the Judicial Panel on Multidistrict Litigation in *In Re: Hyundai and Kia GDI Engine Marketing, Sales Practices, and Products Liability Litigation* (MDL No. 2898).

The hearing on the pending Motions to Dismiss is currently scheduled for August 30, 2019 (Dkt. No. 107).  The parties are mindful that a settlement agreement in this action would obviate the need for the parties and the Court to address the pending Motion to Dismiss.  Accordingly, the parties request that the Court continue the hearing date on the pending Motions to Dismiss from August 30, 2019 to October 25, 2019.

NOW THEREFORE, plaintiffs and defendants hereby agree and stipulate as follows:

The hearing date on the pending Motion to Dismiss should be continued from August 30, 2019 to October 25, 2019.

| | | |
|---|---|---|
| 1 | DATED:  June 26, 2019 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | |
| 4 | | By  */s/ Shon Morgan* |
| 5 | | Shon Morgan |
| 6 | | *Attorneys for Defendants* |
| 7 | DATED:  June 26, 2019 | SAUDER SCHELKOPF LLC |
| 8 | | |
| 9 | | |
| 10 | | By  */s/ Matthew Schelkopf* |
| 11 | | Matthew Schelkopf |
| | | *Attorneys for Plaintiffs* |

**ECF ATTESTATION**

I, Shon Morgan, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

By */s/ Shon Morgan*
Shon Morgan