QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
    shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

  Kari Wohlschlegel (Bar No. 294807)
    kariwohlschlegel@quinnemanuel.com
  Tina Lo (Bar No. 311184)
    tinalo@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendants Hyundai Motor Co., Hyundai Motor America, Inc., Kia Motors Corp., and Kia Motors America, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| *In re: Hyundai and Kia Engine Litigation* | CASE NO. 8:17-cv-00838 |
| | Member Cases:<br>8:17-cv-01365-JLS-JDE<br>8:17-cv-02208-JLS-JDE<br>2:18-cv-05255-JLS-JDE<br>8:18-cv-00622-JLS-JDE |
| | Related Case:<br>8:18-cv-02223-JLS-JDE |
| | **JOINT STIPULATION REGARDING STATUS AND TO PROVIDE UPDATED DOCUMENTS** |
| | The Hon. Josephine L. Staton |
| | Trial Date:       None Set |

This report supplements the parties' June 26, 2019 Joint notice of settlement and documents provided in Plaintiff's motion for preliminary approval.

Since the parties' motion for preliminary approval, Parties have identified several issues that were not fully addressed in the settlement agreement and notices. Changes have been made that will streamline the claims process and clarify for class members their rights and various claims procedures.

NOW THEREFORE, plaintiffs and defendants hereby agree and stipulate as follows:

The Parties will work to obtain necessary signatures for the revised settlement agreement (exhibit A to this stipulation).

Kia and Hyundai will provide separate long form notices to clarify the rights and claims of class members. These proposed separate notices are attached as exhibit B and C to this stipulation.

An updated claim form has been agreed to by the parties and is attached as exhibit D to this stipulation.[1]

IT IS SO STIPULATED.

DATED:  December 12, 2019         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By     */s/ Shon Morgan*
       Shon Morgan
       *Attorneys for Kia Motors America, Inc., Hyundai Motor America, Inc., and Hyundai Motor Company, Ltd.*

---

[1] The parties have included a redline version of each document showing substantive changes from the documents previously submitted.

1  DATED: December 12, 2019          SAUDER SCHELKOPF LLC

2

3

4                                            By */s/ Matthew Schelkopf*
                                                Matthew Schelkopf
5                                               *Attorneys for Plaintiffs*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ECF ATTESTATION**

I, Shon Morgan, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

By  */s/ Shon Morgan*
Shon Morgan