UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

Case No.   8:17-cv-00838-JLS-JDE                                        Date: December 13, 2019

Title      In Re: Kia Engine Litigation

Present: The Honorable: **JOSEPHINE L. STATON, United States District Judge**

| Terry Guerrero | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:
Adam Gonnelli
Bonner Walsh
Matthew Schelkopf
Rachel Fitzpatrick

Attorneys Present for Defendants:
Shon Morgan

**Proceedings: Hearing Re Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement [112]**

    Hearing held. Oral arguments heard. Counsel shall file status report re scope of release, no later than January 3, 2020. Matter taken under submission by the Court.

1: 00

**Initials of Preparer**   tg