QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

  Kari Wohlschlegel (Bar No. 294807)
  kariwohlschlegel@quinnemanuel.com
  Tina Lo (Bar No. 311184)
  tinalo@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| *In re: Hyundai and Kia Engine Litigation* | CASE NO. 8:17-cv-00838 |
| | Member Cases:<br>8:17-cv-01365-JLS-JDE<br>8:17-cv-02208-JLS-JDE<br>2:18-cv-05255-JLS-JDE<br>8:18-cv-00622-JLS-JDE |
| | Related Case:<br>8:18-cv-02223-JLS-JDE |
| | **JOINT SUBMISSION OF REVISED NOTICES AND REQUEST FOR EXTENDED DEADLINE TO ISSUE NOTICES** |
| | The Hon. Josephine L. Staton |
| | Trial Date:        None Set |

1    Pursuant to the Court's May 7, 2020 Order, the parties have met and
2 conferred and now submit revised long form notices for the Hyundai and Kia
3 defendants.  The revised notices contain the changes requested by the Court (*see*
4 ECF No. 132 at 28-30) as well as other clarifying edits to maintain consistency with
5 the Settlement Agreement.[1]  Redlined notices for the Hyundai and Kia defendants
6 are attached as Exhibits B and C respectively.

7    The parties also note that the proposed notices anticipate notifying class
8 members of the claims submission deadline.  However, because the deadline to
9 submit claims is 90 days following the Final Approval Order (*see id.* at 8), the
10 parties will not know the final date for claim submissions when the notices are
11 issued.  Therefore, the parties seek guidance from the Court as to what information
12 to include in the notices.  One option would be to refer claimants to the settlement
13 webpages for updated information once a Final Approval Order issues; another
14 option would be use the Final Approval Hearing date or a fixed date shortly
15 thereafter as the date from which the 90 day claims period will run.

16    In addition, the Court's May 7, 2020 Order asked defendants to issue
17 individual notices via first-class mail and/or via email to Class Members within 30
18 days of the Court's approval of the revised notices (*see id.* at 30), as opposed to 90
19 days following the preliminary approval order as originally contemplated in the
20 Settlement Agreement (*see* ECF No.128-1 at 7).  Defendants have since consulted
21 the third-party vendors that collect and prepare the information necessary for the
22 notice packages for each class member and anticipate they will need the full 90 days
23 contemplated.  In particular, it can take between 10 business days and six weeks to
24 collect all the class members' mailing addresses due to restrictions in certain states

25

26    [1]  Specifically, the revised notices include edits to clarify that (i) the warranty
27 extension relates to bearing wear or damage, (ii) reimbursements for Qualifying
Repairs completed prior to 90 days following the Final Approval Order are covered,
28 and (iii) eligible 2019 model year vehicles are included in the rebate program.

1    (Declaration of Cameron R. Azari, Esq. ("Azari Decl.")[2] ¶ 6; Declaration of Daniel

2    Lee ("Lee Decl.") at ¶ 2).  It then takes another six weeks to combine and reconcile

3    that information with defendants' internal records as well as distribute the notices

4    (Azari Decl. ¶ 7).  In addition, the third-party vendors that assist with printing the

5    notices and claim forms estimate they will need nearly 90 days to prepare all the

6    materials due to the large number of class members anticipated and in light of the

7    current restrictions in place due to COVID-19.  (Lee Decl. at ¶ 3.).  Accordingly,

8    defendants respectfully request that the Court allow them to issue individual notices

9    within 90 days of the Court's approval of the revised notices.  Plaintiffs do not

10   oppose this request but are otherwise mindful of their duty to the class and otherwise

11   want to maintain an expedited schedule and the current final approval hearing date.

12          NOW THEREFORE, the parties hereby:

13          • Submit a revised long-form notice for the Hyundai defendants, attached

14             as **Exhibit B,** and a revised long-form notice for the Kia defendants is,

15             attached as **Exhibit C**.

16          • Seek guidance as to the appropriate date to include in the long-form

17             notices for when the claims submission period ends.

18          • Respectfully request that the Court allow defendants to issue individual

19             notices within 90 days of the Court's approval of the revised notices.

20

21

22

23

24

25

26

27

28
_____

[2]   The Azari Decl. can found at ECF No. 134-1.

1

DATED:  May 21, 2020                    QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP

2

3

4
                                        By _____/s/ Shon Morgan_____
5
                                           Shon Morgan
6                                          *Attorneys for Kia Motors America, Inc.,*
                                           *Kia Motors Corporation, Hyundai Motor*
7                                          *America, Inc., and Hyundai Motor*
                                           *Company, Ltd.*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  DATED:  May 21, 2020                SAUDER SCHELKOPF LLC

2

3

4                                      By /s/ Matthew D. Schelkopf

5                                        Joseph G. Sauder
                                         Matthew D. Schelkopf
6                                        Joseph B. Kenney
                                       **SAUDER SCHELKOPF**
7                                        555 Lancaster Avenue
                                         Berwyn, PA 19312
8                                        Telephone: (610) 200-0581
                                         jgs@sstriallawyers.com
9                                        mds@sstriallawyers.com
                                         jbk@sstriallawyers.com
10

11                                       Adam Gonnelli (*pro hac vice*)
12                                     **THE SULTZER LAW GROUP**
                                         85 Civic Center Plaza, Suite 104
13                                       Poughkeepsie, NY 12601
                                         Telephone: (845) 483-7100
14                                       Facsimile:  (888) 749-7747
                                         gonnelia@thesultzerlawgroup.com
15

16                                       Bonner Walsh (*pro hac vice*)
17                                     **WALSH PLLC**
                                         1561 Long Haul Road
18                                       Grangeville, ID 83530
                                         Telephone: (541) 359-2827
19                                       Facsimile:  (866) 503-8206
                                         bonner@walshpllc.com
20

21                                       Steve W. Berman (*pro hac vice*)
22                                     **HAGENS BERMAN SOBOL SHAPIRO
                                       LLP**
23                                       1301 Second Avenue, Suite 2000
                                         Seattle, WA 98101
24                                       Telephone: (206) 623-7292
                                         Facsimile:  (206) 623-0594
25                                       steve@hbsslaw.com

26

27

28

1

**ECF ATTESTATION**

2          I, Shon Morgan, attest that all other signatories listed, and on whose behalf

3    the filing is submitted, concur in the filing's content and have authorized the e-filing

4    of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

5

6                                        By _____
                                                        */s/ Shon Morgan*
7                                                          Shon Morgan

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28