QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
   shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

  Kari Wohlschlegel (Bar No. 294807)
   kariwohlschlegel@quinnemanuel.com
  Tina Lo (Bar No. 311184)
   tinalo@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| *In re: Hyundai and Kia Engine Litigation* | CASE NO. 8:17-cv-00838 <br><br> Member Cases: <br> 8:17-cv-01365-JLS-JDE <br> 8:17-cv-02208-JLS-JDE <br> 2:18-cv-05255-JLS-JDE <br> 8:18-cv-00622-JLS-JDE <br><br> Related Case: <br> 8:18-cv-02223-JLS-JDE <br><br> **NOTICE REGARDING STIPULATION FILED IN RELATED CASE** <br><br> The Hon. Josephine L. Staton <br><br> Trial Date:         None Set |
|---|---|

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the stipulation attached as Attachment 1 relating to the Order (1) Conditionally Granting Plaintiffs' Unopposed Motion For Preliminary Approval Of Class Action Settlement (Doc. 112); And (2) Setting A Final Fairness Hearing For November 13, 2020, AT 10:30 A.M. (ECF No. 132) was filed today in *Michael Chieco et al., v. Kia Motors America Inc. et al.,* 8:19-cv-00854-JLS-JDE.

DATED: May 27, 2020

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Shon Morgan*
Shon Morgan
*Attorneys for Kia Motors America, Inc., Kia Motors Corporation, Hyundai Motor America, Inc., and Hyundai Motor Company, Ltd.*