Matthew D. Schelkopf
SAUDER SCHELKOPF
555 Lancaster Avenue
Berwyn, PA 19312
mds@sstriallawyers.com

Adam Gonnelli (*pro hac vice*)
LAW OFFICE OF ADAM R. GONNELLI, L.L.C.
7030 E. Genesee Street
Fayetteville, NY 13066
adam@arglawoffice.com

Bonner Walsh (*pro hac vice*)
WALSH PLLC
1561 Long Haul Road
Grangeville, ID 83530
bonner@walshpllc.com

Attorneys for Plaintiffs and the Proposed Class

*[LIST OF ADDITIONAL COUNSEL ON SIGNATURE PAGE]*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Hyundai and Kia Engine Litigation* | 8:17-cv-00838-JLS-JDE <br><br> Related Cases: <br> 8:17-cv-01365-JLS-JDE <br> 8:17-cv-02208-JLS-JDE <br> 2:18-cv-05255-JLS-JDE <br> 8:18-cv-00622-JLS-JDE <br> 8:18-cv-02223-JLS-JDE <br><br> **NOTICE OF ADDITIONAL OBJECTIONS RECEIVED BY CLASS COUNSEL** |

-1-

NOTICE OF ADDITIONAL OBJECTIONS

Class Counsel have received the following additional objections that were mailed prior to but received after the October 30, 2020 objection deadline:

| Name | VIN | City, State |
|---|---|---|
| Card, Jean | 5NPEB4AC9CH436059 | North Andover, MA |
| Cotton, Lordis and Calvin | 5XXGT4L38GG089036 | Elizabeth City, NC |
| Deats, Gordon | KNDPBCAC3F7679300 | Sayre, PA |
| Dotson, Darlene | 5XYKT4A6XEG492581 | Grove City, OH |
| Franklin, Braunwynn | 5NPE24AF6FH087148 | Detroit, MI |
| Ramon, Leticia | 5XXGR4A6XDG091488 | Corpus Christi, TX |
| Levey, Arnold | 5NPEB4ACXBH179587 | San Antonio, TX |
| Caro, John H. | KNDPB3A21D7397726 | Fort Pierce, Florida |
| Metz, Walter[1] | 5XXGT4L32HG148731 | Port Saint Lucie, Florida |
| Kabuya, Maryia[2] | 5XYZU3LB9EG151849 | Clover, SC |
| Jones, Stephen | 5XYZT3LB6DG065061 | Temecula, CA |
| Dmitriy, Kravchenko | 5NMS3CAD2KH066314 | Denver, CO |

---

[1] Mr. Metz does not object, but contemporaneously with the objection deadline sent a letter outlining his issues with his KIA and requesting it be shared with the Court.

[2] Kabuya, Jones, and Dmitriy do not put forth a formal objection but instead include a bare notice of intention to appear.

Dated: November 6, 2020                    Respectfully submitted,

By:   /s/ *Bonner C. Walsh*
      Bonner Walsh (*pro hac vice*)
      **WALSH PLLC**
      1561 Long Haul Road
      Grangeville, ID 83530
      Telephone: (541) 359-2827
      Facsimile: (866) 503-8206
      bonner@walshpllc.com

      Joseph G. Sauder
      Matthew D. Schelkopf
      Joseph B. Kenney
      **SAUDER SCHELKOPF**
      1109 Lancaster Avenue
      Berwyn, PA 19312
      Telephone: (610) 200-0581
      jgs@sstriallawyers.com
      mds@sstriallawyers.com
      jbk@sstriallawyers.com

      Adam Gonnelli (*pro hac vice*)
      **LAW OFFICE OF ADAM R. GONNELLI, L.L.C.**
      7030 E. Genesee Street
      Fayetteville, NY 13066
      Telephone: (917) 541-7110
      Facsimile: (315) 446-7521
      adam@arglawoffice.com

      Steve W. Berman (*pro hac vice*)
      **HAGENS BERMAN SOBOL SHAPIRO LLP**
      1301 Second Avenue, Suite 2000
      Seattle, WA 98101
      Telephone: (206) 623-7292
      Fax: (206) 623-0594
      steve@hbsslaw.com

# CERTIFICATE OF SERVICE

I, Bonner C. Walsh, hereby certify that on this 6th day of November, 2020, I caused the foregoing to be filed using the Court's CM/ECF system, and thereby electronically served it upon all registered ECF users in this case.

By:   /s/ *Bonner C. Walsh*
      Bonner C. Walsh