Matthew D. Schelkopf (pro hac vice)
SAUDER SCHELKOPF
1109 Lancaster Avenue
Berwyn, Pennsylvania 19312
mds@sstriallawyers.com

Adam Gonnelli (pro hac vice)
LAW OFFICE OF ADAM R. GONNELLI, L.L.C.
7030 E. Genesee Street
Fayetteville, New York 13066
adam@arglawoffice.com

Bonner Walsh (pro hac vice)
WALSH PLLC
1561 Long Haul Road
Grangeville, ID 83530
bonner@walshpllc.com

*Attorneys for Plaintiffs and the Proposed Class*

***[LIST OF ADDITIONAL COUNSEL ON SIGNATURE PAGE]***

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

*In re: Hyundai and Kia Engine Litigation,*

8:17-cv-00838-JLS-JDE

Related Cases:
8:17-cv-01365-JLS-JDE
8:17-cv-02208-JLS-JDE
2:18-cv-05255-JLS-JDE
8:18-cv-00622-JLS-JDE
8:18-cv-02223-JLS-JDE

**SUPPLEMENT TO MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND MOTION FOR CLASS COUNSEL FEE AND EXPENSE AWARD AND CLASS REPRESENTATIVE SERVICE AWARDS**

Date: November 13, 2020
Time: 10:30 a.m.
Hon. Josephine L. Staton
Courtroom: 10A

Plaintiffs submit this filing to update the Court on two issues relevant to the final approval hearing scheduled for November 13, 2020.

First, Plaintiffs submit the Supplemental Declaration of Adam Gonnelli and the Supplemental Expert Report of Susan K. Thompson, which relate to Plaintiffs Motion for Final Approval of Class Settlement. The Gonnelli Declaration includes updated claims statistics from HMA and KMA. Ms. Thompson's Supplemental Expert Report (attached hereto as Exhibit 1) includes updated calculations with the most recent claim information provided by HMA and KMA, as well as an update on the number of Class Vehicles that have received the KSDS.

Second, since Plaintiffs filed their Unopposed Motion for Class Counsel Fee and Expense Award and Class Representative Service Awards, Class Counsel has incurred additional time and expenses. Those times and expenses are detailed in the accompanying Declarations of Matthew D. Schelkopf, Bonner C. Walsh, Adam Gonnelli, and Steve W. Berman, which are being filed contemporaneously herewith. In addition, detailed billing records related to this supplemental time will be submitted to chambers in Microsoft Excel format shortly after this filing.

From September 26, 2020 to November 5, 2020, Class Counsel have spent approximately 508 hours working on this case, for an additional lodestar amount of $280,599. When combined with the previously submitted totals, this increases the overall lodestar amount to $3,820,403.87. In addition, Class Counsel expended $28,135.20 in additional costs, increasing the total amount of costs incurred to $150,153.70. When compared against the $6,900,000 fee request, Class Counsel's total lodestar of $3,820,403.87 reflects a lodestar multiplier of 1.81.

Dated: November 6, 2020 Respectfully submitted,

By: /s/ *Matthew D. Schelkopf*

Joseph G. Sauder
Matthew D. Schelkopf
Joseph B. Kenney
**SAUDER SCHELKOPF**

1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
jgs@sstriallawyers.com
mds@sstriallawyers.com
jbk@sstriallawyers.com

Adam Gonnelli (*pro hac vice*)
**LAW OFFICE OF ADAM R. GONNELLI, L.L.C.**
7030 E. Genesee Street
Fayetteville, NY 13066
Telephone: (917) 541-7110
Facsimile: (315) 446-7521
adam@arglawoffice.com

Bonner Walsh (*pro hac vice*)
**WALSH PLLC**
1561 Long Haul Road
Grangeville, ID 83530
Telephone: (541) 359-2827
Facsimile: (866) 503-8206
bonner@walshpllc.com

Steve W. Berman (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Fax: (206) 623-0594
steve@hbsslaw.com

**CERTIFICATE OF SERVICE**

I, Matthew D. Schelkopf, hereby certify that on this 6th day of November, 2020, I caused the foregoing to be filed using the Court's CM/ECF system, and thereby electronically served it upon all registered ECF users in this case.

By: /s/ *Matthew D. Schelkopf*
Matthew D. Schelkopf