# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

*In re: Hyundai and Kia Engine Litigation*

8:17-cv-00838-JLS-JDE

Related Cases:
8:17-cv-01365-JLS-JDE
8:17-cv-02208-JLS-JDE
2:18-cv-05255-JLS-JDE
8:18-cv-00622-JLS-JDE
8:18-cv-02223-JLS-JDE

**SUPPLEMENTAL DECLARATION OF ADAM GONNELLI IN SUPPORT OF FINAL APPROVAL OF CLASS SETTLEMENT**

1. My name is Adam Gonnelli, one of the Class Counsel in this case.

2. On October 16, 2020 I submitted a declaration in support of Plaintiffs' motion for final approval of the proposed settlement. The October 16 declaration contained the data on the claims process as of the middle of September.

3. The purpose of this declaration is to provide updated claims data through the end of October.

4. I received the following information from defendants and from Epiq, Kia Motors America's claims administrator.

5. The number of claims submitted by Class Members has more than doubled since mid-September.

6. As of September 16, 2020, Hyundai Class members had submitted 15,681 claims. By October 30, 2020, that number had increased to 29,394 claims.

7. As of September 18, 2020, Kia Class Members had submitted 12,079 claims. By October 28, 2020, that number had increased to 35,298 claims.

8. The following chart updates the data from paragraphs 23 and 24 of the October 16 declaration and lists (i) the number of new claims by type; and (ii) face value totals as of October 28, 2020 for Hyundai and November 1, 2020 for Kia.

### **Hyundai**

| Claim Type | New Claims (Sept. 16 to Oct. 28) | Total Claims | Total Face Value of Claims |
|---|---:|---:|---:|
| Past repairs[1] | 6,595 | 14,700 | $23,793,434 |
| Repair delays | 1,441 | 2,588 | $433,525 |
| Towing/rentals etc. | 2,692 | 5,800 | $5,155,691 |
| Trade-in/sales[2] | 1,277 | 2,821 | $394,940 |
| Engine fire[2] | 484 | 1,073 | $150,220 |
| Lost faith (rebate) | 1,224 | 2,412 | not avail. |
| **Totals:** | **13,713** | **29,394** | **$29,927,810** |

[1] Includes dealer repairs, third party repairs and related goodwill payments.
[2] Includes only $140 goodwill payment. Actual claim values not yet determined.

---

1

SUPPLEMENTAL DECLARATION OF ADAM GONNELLI IN SUPPORT OF FINAL APPROVAL OF CLASS SETTLEMENT Case No.: 8:17-cv-00838

**Kia**

| Claim Type | New Claims (Sept. 18 to Nov. 1) | Total Claims | Total Face Value of Claims |
|---|---:|---:|---:|
| Past repairs[3] | 7,580 | 12,480 | $23,711,944 |
| Repair delays | 2,600 | 4,090 | $204,500 |
| Towing/rentals etc. | 4,615 | 7,579 | $6,271,617 |
| Trade-In/Sales[4] | 2,851 | 4,521 | $632,940 |
| Engine Fire[4] | 1,146 | 1,880 | $263,200 |
| Lost Faith (rebate) | 2,937 | 4,748 | not avail. |
| **Totals:** | **19,438** | **35,298** | **$31,084,201** |

9. In addition, the parties can report that so far for Hyundai Class Members: 141 claims have been denied because the claimants' vehicle was not a Class Vehicle or the claim was otherwise unrelated to the proposed settlement; 283 claims have been denied because they were duplicative of other claims; and 70 claims were withdrawn by the claimant.

10. For Kia, so far 147 claims have been denied because the claimants' vehicle was not a Class Vehicle or the claim was otherwise unrelated to the proposed settlement and 147 claims have been denied because they were duplicative of other claims.

11. These denials do not materially affect the estimate of the settlement's value. *See* Summary Table, Supplemental Expert Report of Susan Thompson at 5.

12. The denials described above do not, however, include preliminary denials based on lack of documentation. Class Counsel has been receiving copies of denials, are reviewing them, and are working with Class Members to ensure denials

---

[3] Includes dealer repairs, third party repairs and related goodwill payments.
[4] Includes only $140 goodwill payment. Actual claim values have not yet been determined.

1 are justified.  Class Counsel will continue to do so throughout the claims
2 administration process.
3         13.     With respect to the KSDS installation, between September 21, 2020 and
4 November 2, 2020 an additional 19,248 Kia Class Members had the KSDS installed.
5 The total as of November 2, 2020 was 1,284,119, which represented 74.3% of Kia
6 Class Vehicles.
7         14.     With respect to Hyundai, between September 16, 2020 and October 30,
8 2020 an additional 65,936 Hyundai Class Members had the KSDS installed.  The total
9 as of October 30, 2020 was 1,725,274 which represented 77.4% of Hyundai Class
10 Vehicles.
11     I state under penalty of perjury that the above statements are true.
12 Dated this day of November 6, 2020.

*adam gonnelli*
Adam Gonnelli

---

3
SUPPLEMENTAL DECLARATION OF ADAM GONNELLI IN SUPPORT OF FINAL APPROVAL OF CLASS SETTLEMENT Case No.: 8:17-cv-00838