# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Hyundai and Kia Engine Litigation* | 8:17-cv-00838-JLS-JDE <br><br> Related Cases: <br> 8:17-cv-01365-JLS-JDE <br> 8:17-cv-02208-JLS-JDE <br> 2:18-cv-05255-JLS-JDE <br> 8:18-cv-00622-JLS-JDE <br> 8:18-cv-02223-JLS-JDE |

**DECLARATION OF BONNER C. WALSH IN FURTHER SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR CLASS COUNSEL FEE AND EXPENSE AWARD AND CLASS REPRESENTATIVE SERVICE AWARDS**

I, Bonner C. Walsh, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a member in good standing of the bars of Idaho, Texas, Washington and Oregon, and I am admitted *pro hac vice* to this Court and am counsel for Plaintiffs and the Settlement Class. I respectfully submit this declaration in further support of Plaintiffs' Unopposed Motion for Class Counsel Fees and Expenses Award and Named Plaintiffs' Service Awards. The following is based on my personal knowledge, and if called upon to do so, I could and would competently testify to the statements set forth below.

2. Between September 25, 2020 and November 5, 2020, my firm has collectively spent approximately 132.4 hours working on this case, for a total lodestar amount of $81,590.00.

| Timekeeper | Hourly Rate | Hours | Total Lodestar | Timekeeper |
|---|---|---|---|---|
| Bonner Walsh (P) | $650.00 | 102.6 | $66,690.00 | Bonner Walsh (P) |
| Carla Walsh (P) | $500.00 | 29.8 | $14,900.00 | Carla Walsh (P) |
| Totals | | 132.4 | $81,590 | Totals |

3. Due to the amount of privileged information contained in the hourly billing records, those detailed records are not attached here. Consistent with Your Honor's Procedures, a spreadsheet in Microsoft Excel format that lists billed tasks will be provided to the Court.

4. Between September 25, 2020 and November 5, 2020, my firm has expended addition costs of approximately $8,199.12. These expenses are reflected in the books and records of my firm. All of the expenses incurred were reasonable and necessary to the prosecution of this case. These expenses are detailed below.

| Expense Type | Amount |
|---|---|
| Expert Fees | $5,000.00 |
| Black Book subscription | $2,239.32 |
| Costs Deposition of Daniel Thornton | $959.80 |
| **Total** | **$8,199.12** |

5. When combined with the time previously submitted to the Court on September 30, 2020, my firm has spent a total of 840.6 hours working on this case, for a total lodestar amount of $536,820.00. My firm has also expended $19,755.51 in total costs.

| | |
|---|---|
| Dated: November 6, 2020 | */s/ Bonner C. Walsh*<br>Bonner C. Walsh |