Matthew D. Schelkopf (*pro hac vice*)
SAUDER SCHELKOPF
555 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
mds@sstriallawyers.com

Adam Gonnelli (*pro hac vice*)
THE SULTZER LAW GROUP
85 Civic Center Plaza, Suite 104
Poughkeepsie, NY 12601
Telephone: (845) 483-7100
gonnelia@thesultzerlawgroup.com

Bonner Walsh (*pro hac vice*)
WALSH PLLC
1561 Long Haul Road
Grangeville, ID 83530
Telephone: (541) 359-2827
bonner@walshpllc.com

*Attorneys for Plaintiffs and the Settlement Class*
*[List of additional counsel on signature page]*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re: Hyundai and Kia Engine Litigation* | No. 8:17-cv-00838-JLS-JDE<br><br>Related Cases:<br>8:17-cv-01365-JLS-JDE<br>8:17-cv-02208-JLS-JDE<br>2:18-cv-05255-JLS-JDE<br>8:18-cv-00622-JLS-JDE<br>8:18-cv-02223-JLS-JDE<br><br>**SUPPLEMENTAL DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR CLASS COUNSEL FEE AND EXPENSE AWARD AND CLASS REPRESENTATIVE SERVICE AWARDS**<br><br>Hon. Josephine L. Staton<br>Courtroom 10A |

010789-11/1374099 V1

I, STEVE W. BERMAN, declare as follows:

1. I am an attorney admitted *pro hac vice* in this litigation, the managing partner of the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), and counsel of record for Plaintiffs Danny Dickerson, Robert Fockler, Amy Franklin, Donald House, Dave Loomis, Joseph McCallister, Arron Miller, Ricky Montoya, Lynn North, Mark Rice, Reid Schmitt, James Smith, and Chris Stackhouse (the "*Flaherty* Settling Plaintiffs") in *Flaherty v. Hyundai Motor Company, et al.*, No. 18-cv-02223 (C.D. Cal.). I could and would competently testify to the matters stated in this Declaration based on my personal knowledge or discussions with counsel in my firm.

2. This Court appointed me to serve as Class Counsel alongside Matthew Schelkopf of Sauder Schelkopf, Adam Gonnelli of The Sultzer Law Group, and Bonner Walsh of Walsh PLLC in its May 7, 2020 Order conditionally approving Plaintiffs' Motion for Preliminary Approval of Class Settlement. *Id.*

3. I submit this supplemental Declaration in support of Plaintiffs' Unopposed Motion for Class Counsel Fee and Expense Award and Class Representative Service Awards.

**HAGENS BERMAN SUPPLEMENTAL LODESTAR AND EXPENSES**

4. From September 26 to November 5, 2020, Hagens Berman has spent 163.60 hours litigating this case, for a total firm lodestar of $65,453.50. A summary of hours incurred by timekeeper, with respective rates and roles included, is below:

| Timekeeper | Role | Rate | Hours | Amount |
|---|---|---|---|---|
| Byszewski, Elaine | Partner | $700.00 | 1.00 | $700.00 |
| Fitzpatrick, Rachel | Associate | $475.00 | 95.10 | $45,172.50 |
| Pitoun, Christopher | Associate | $525.00 | 0.20 | $105.00 |
| Conte, Jennifer | Paralegal | $300.00 | 1.50 | $450.00 |
| Grueneich, Nicolle | Paralegal | $250.00 | 1.40 | $350.00 |
| Johnson, Cindy | Paralegal | $290.00 | 30.60 | $8,874.00 |

SUPPL. DECL. OF STEVE W. BERMAN ISO PLAINTIFFS' UNOPPOSED MOTION FOR CLASS COUNSEL FEE AND EXPENSE AWARD AND CLASS REPRESENTATIVE SERVICE AWARDS - 1
010789-11/1374099 V1

| Timekeeper | Role | Rate | Hours | Amount |
|---|---|---|---|---|
| Pearce, Susan | Paralegal | $290.00 | 33.80 | $9,802.00 |
| TOTALS: | | | 163.60 | $65,453.50 |

5. Because our time records contain privileged information, we do not attach them here. Consistent with the Court's procedures, we will provide our detailed time records in spreadsheet format to the Court for review *in camera*.

6. From September 26 to October 23, 2020, Hagens Berman incurred $7,494.00 in costs attributable to this litigation. A summary of these costs by category is below:

| Expense Category | Amount |
|---|---|
| Messenger / Process Server | $353.00 |
| Online Services / Legal Research (i.e., Westlaw, PACER, Everlaw) | $2,141.00 |
| Expert Fees | $5,000.00 |
| TOTALS: | $7,494.00 |

7. It is Hagens Berman's policy and practice to prepare records from expense invoices, check and credit card records, and other source materials. Based on my oversight of our firm's work in this litigation and my review of these records, I believe they constitute an accurate record of the expenses actually incurred by our firm.

8. In my professional opinion, these additional costs are typical and reasonable.

9. Hagens Berman is incurring more time and costs currently, and expects to continue incurring time and costs through final approval, the claims deadline, and perhaps on appeal.

10. When combined with our time and costs previously submitted to the Court on September 30, 2020, Hagens Berman has spent 1894.10 total hours litigating this case, for a total lodestar of $875,953.50. My firm has also expended $55,714.72 in total costs.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed November 6, 2020, in Seattle, Washington.

                                            /s/ *Steve W. Berman*
                                            STEVE W. BERMAN

Additional Counsel of Record:

Steve W. Berman (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Attorneys for Plaintiffs and the Settlement Class*