|   |   |
|---|---|
| 1 | Matthew D. Schelkopf |
| 2 | SAUDER SCHELKOPF |
|   | 555 Lancaster Avenue |
| 3 | Berwyn, PA 19312 |
|   | mds@sstriallawyers.com |
| 4 |   |
| 5 | Adam Gonnelli (*pro hac vice*) |
|   | LAW OFFICE OF ADAM R. GONNELLI, L.L.C. |
| 6 | 7030 E. Genesee Street |
|   | Fayetteville, NY 13066 |
| 7 | adam@arglawoffice.com |
| 8 |   |
|   | Bonner Walsh (*pro hac vice*) |
| 9 | WALSH PLLC |
|   | 1561 Long Haul Road |
| 10 | Grangeville, ID 83530 |
|   | bonner@walshpllc.com |
| 11 |   |
| 12 | Attorneys for Plaintiffs and the Proposed Class |
| 13 | *[LIST OF ADDITIONAL COUNSEL ON SIGNATURE PAGE]* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| *In re: Hyundai and Kia Engine Litigation* | 8:17-cv-00838-JLS-JDE |
|---|---|
|   | Related Cases: |
|   | 8:17-cv-01365-JLS-JDE |
|   | 8:17-cv-02208-JLS-JDE |
|   | 2:18-cv-05255-JLS-JDE |
|   | 8:18-cv-00622-JLS-JDE |
|   | 8:18-cv-02223-JLS-JDE |
|   | **SECOND NOTICE OF ADDITIONAL OBJECTIONS RECEIVED BY CLASS COUNSEL** |

Class Counsel have received the following additional objections that were mailed prior to but received after the October 30, 2020 objection deadline:

| Name | VIN | City, State |
|---|---|---|
| Antoinette Pacheco | 5NPEB4AC2BH105502 | Mahopac, NY |
| Maria Theresa Flores | KNDPM3ACXK7493953 | Hampton, VA |
|  |  |  |

Dated: November 8, 2020

Respectfully submitted,

By:   <u>/s/ *Bonner C. Walsh*</u>
Bonner Walsh (*pro hac vice*)
**WALSH PLLC**
1561 Long Haul Road
Grangeville, ID 83530
Telephone: (541) 359-2827
Facsimile: (866) 503-8206
bonner@walshpllc.com

Joseph G. Sauder
Matthew D. Schelkopf
Joseph B. Kenney
**SAUDER SCHELKOPF**
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
jgs@sstriallawyers.com
mds@sstriallawyers.com
jbk@sstriallawyers.com

Adam Gonnelli (*pro hac vice*)
**LAW OFFICE OF ADAM R. GONNELLI, L.L.C.**
7030 E. Genesee Street
Fayetteville, NY 13066
Telephone: (917) 541-7110
Facsimile: (315) 446-7521
adam@arglawoffice.com

Steve W. Berman (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Fax: (206) 623-0594
steve@hbsslaw.com

# CERTIFICATE OF SERVICE

I, Bonner C. Walsh, hereby certify that on this 8th day of November, 2020, I caused the foregoing to be filed using the Court's CM/ECF system, and thereby electronically served it upon all registered ECF users in this case.

By:   /s/ *Bonner C. Walsh*
      Bonner C. Walsh