# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Hyundai and Kia Engine Litigation* | 8:17-cv-00838-JLS-JDE <br><br> Related Cases: <br> 8:17-cv-01365-JLS-JDE <br> 8:17-cv-02208-JLS-JDE <br> 2:18-cv-05255-JLS-JDE <br> 8:18-cv-00622-JLS-JDE <br> 8:18-cv-02223-JLS-JDE <br><br> **ORDER PROVIDING INSTRUCTIONS REGARDING OBJECTORS' REQUESTS TO APPEAR AT THE NOVEMBER 13, 2020 FAIRNESS HEARING** |

The Court, having fully considered the Joint *Ex Parte* Application for Order and Instructions, and good cause appearing, grants the motion.

IT IS HEREBY ORDERED that the Court will hear objections telephonically at the Final Fairness Hearing in this matter, currently scheduled for Friday, November 13, 2020 at 10:30 a.m.  Those wishing to be heard may join through one of the following methods:

*Join from a PC, Mac, iPad, iPhone or Android device:*
Please click this URL to join:  https://cacd-uscourts.zoomgov.com/j/1600801707?pwd=aVJjUll3Y1lFeG91bmFRUnE2NXQvdz09
Passcode: 280580
*Or join by phone:*
Dial (for higher quality, dial a number based on your current location):

US: +1 669 254 5252 or +1 646 828 7666

Webinar ID: 160 080 1707

Passcode: 280580

International numbers available: https://cacd-uscourts.zoomgov.com/u/acR2v0ERbH

Objectors should join fifteen minutes in advance of the hearing (by 10:15 a.m.) and identify themselves to the clerk.  Each objector will be given **five (5) minutes to present their objection**.

Class counsel is ORDERED to disseminate this Order to all Objectors who have requested to appear at the hearing and confirm that they still wish to appear. Counsel must then file with the Court a final list of Objectors who will appear at the hearing **no later than Thursday, November 12, 2020 by 12:00 p.m** so that the Court can call upon each Objector in an orderly fashion at the hearing**.**

IT IS SO ORDERED.

DATED: November 09, 2020

JOSEPHINE L. STATON

Hon. Josephine L. Staton
United States District Court Judge