QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100
  Kari Wohlschlegel (Bar No. 294807)
  kariwohlschlegel@quinnemanuel.com
  Tina Lo (Bar No. 311184)
  tinalo@quinnemanuel.com
  Christine W. Chen (Bar No. 327581)
  christinechen@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| *In re: Hyundai and Kia Engine Litigation* | CASE NO. 8:17-cv-00838<br><br>Member Cases:<br>8:17-cv-01365-JLS-JDE<br>8:17-cv-02208-JLS-JDE<br>2:18-cv-05255-JLS-JDE<br>8:18-cv-00622-JLS-JDE<br><br>Related Case:<br>8:18-cv-02223-JLS-JDE<br><br>**DEFENDANTS' NOTICE REGARDING SETTLEMENT EXCLUSIONS**<br><br>Date:  November 13, 2020<br>Time: 10:30 a.m.<br>The Hon. Josephine L. Staton<br>Courtroom:  10A |

In order to assist the Court's evaluation at the final fairness hearing, defendants provide this summary of class exclusions. Of the 6.5 million notices sent to current and former owners and lessees of 2.23 million Hyundai Class Vehicles, Hyundai received exclusion requests from 505 class members opting out 436 Class Vehicles. Of the 4.10 million notices sent to current and former owners and lessees of 1.73 million Kia Class Vehicles, Kia received exclusion requests from 1,164 class members for 932 Class Vehicles. Defendants also received 4 opt outs that were untimely because they were postmarked after October 30, 2020. Any exclusion requests that included incomplete or inaccurate information, such that defendants could not identify the requestor, class vehicle, or VIN, were considered invalid. And exclusion requests that attempted to opt out a non-Class Vehicle were not counted.

Defendants are still reviewing and attempting to verify approximately 58 exclusion requests that failed to provide complete information. Defendants will file a supplemental notice with updated numbers, as well as a complete list of class members' names and VINs that seek to opt out, in advance of the final fairness hearing.

DATED: November 10, 2020        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Shon Morgan
Shon Morgan
*Attorneys for Kia Motors America, Inc., Kia Motors Corporation, Hyundai Motor America, Inc., and Hyundai Motor Company, Ltd.*