UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

Case No.   SACV 17-00838-JLS (JDEx)                                 Date: November 13, 2020

Title   In re: Kia Engine Litigation

Present: The Honorable: **JOSEPHINE L. STATON, United States District Judge**

| Rolls Royce Paschal | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Matthew Schelkopf | Shon Morgan |
| Adam Gonnelli | |
| Bonner Walsh | |
| Rachel Fitzpatrick | |

**Proceedings: Zoom Hearing re:**
　　　　　　　**Final Fairness Hearing**
　　　　　　　**Plaintiff's Motion for Attorneys' Fees [139]**
　　　　　　　**Plaintiffs' Motion for Final Approval of Class Action Settlement [143]**

Hearing held. Oral arguments heard. Matters taken under submission by the Court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　2 : 00
**Initials of Preparer**   rrp