QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100
  Kari Wohlschlegel (Bar No. 294807)
  kariwohlschlegel@quinnemanuel.com
  Tina Lo (Bar No. 311184)
  tinalo@quinnemanuel.com
  Christine W. Chen (Bar No. 327581)
  christinechen@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| *In re: Hyundai and Kia Engine Litigation* | CASE NO. 8:17-cv-00838 |
| | Member Cases:<br>8:17-cv-01365-JLS-JDE<br>8:17-cv-02208-JLS-JDE<br>2:18-cv-05255-JLS-JDE<br>8:18-cv-00622-JLS-JDE |
| | Related Case:<br>8:18-cv-02223-JLS-JDE |
| | **DECLARATION OF SHON MORGAN IN SUPPORT OF DEFENDANTS' UNOPPOSED NOTICE OF MOTION AND MOTION FOR COURT APPROVAL OF SETTLEMENT WITH OBJECTOR MEGHAN JONES** |

1.    I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Hyundai Motor America, Inc., Hyundai Motor Company, Kia Motors America, Inc., and Kia Motors Corporation.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.    I make this declaration in support of  defendants' Notice of Motion and Motion for Court Approval of Settlement with Objector Meghan Jones.

3.    I have conferred on multiple occasions with Class Counsel about the relief sought by this motion and they do not oppose.

4.    **Exhibit A** to the motion is a true and correct copy of the settlement agreement with Ms. Jones, which includes the amount to be paid to Ms. Jones.

5.    It is my understanding that HMA and Ms. Jones negotiated a settlement amount based on her vehicle's Kelley Blue Book value assuming it was in excellent condition.

6.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


DATED: November 23, 2020        QUINN EMANUEL URQUHART & SULLIVAN. LLP


By /s/ Shon Morgan
Shon Morgan
*Attorneys for Kia Motors America, Inc., Kia Motors Corporation, Hyundai Motor America, Inc., and Hyundai Motor Company. Ltd.*