Matthew D. Schelkopf
SAUDER SCHELKOPF
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
mds@sstriallawyers.com

Adam Gonnelli (*pro hac vice*)
LAW OFFICE OF ADAM R. GONNELLI, L.L.C.
7030 E. Genesee Street
Fayetteville, New York 13066
adam@arglawoffice.com

Bonner Walsh (*pro hac vice*) WALSH PLLC
1561 Long Haul Road
Grangeville, ID 83530
Telephone: (541) 359-2827
bonner@walshpllc.com

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| *In re: Hyundai and Kia Engine Litigation* | CASE NO. 8:17-cv-00838<br><br>Member Cases:<br>8:17-cv-01365-JLS-JDE<br>8:17-cv-02208-JLS-JDE<br>2:18-cv-05255-JLS-JDE<br>8:18-cv-00622-JLS-JDE<br><br>Related Case:<br>8:18-cv-02223-JLS-JDE<br><br>**JOINT NOTICE REGARDING FINAL APPROVAL**<br><br>The Hon. Josephine L. Staton<br>Courtroom: 10A<br>Trial Date: None Set |

During the November 13, 2020 final approval hearing, the Court discussed obtaining additional information from the parties and/or possible revisions to the Settlement Agreement concerning the treatment of certain business entities that are Class Members, the trigger for the 60-day KSDS update window for Hyundai owners, and the administration of the settlement. The Parties intend to submit within the next 21 days a comprehensive proposal to address each of these issues, and provide here a brief interim update.

### Settlement Treatment of Business Entities

The Parties have been actively discussing possible courses of action with respect to certain commercial entity Class Members not subject to the Lifetime Warranty benefit under the Settlement Agreement, including the Court's inquiry that these entities be excluded from the Settlement. The parties understand the Court's concern and will address this issue in their upcoming submission.

### KSDS Update Conditions

The Settlement Agreement currently provides that Class Members who are Hyundai owners must have the KSDS "installed" within 60 days of the later of certain enumerated events to obtain Lifetime Warranty coverage. (Dkt. 128-1 at 5, 6, 11-12.) At the final approval hearing, the Court expressed a preference that the triggering event for the 60-day deadline should be the scheduling of an appointment to obtain the KSDS update, not installation. The parties understand the Court's concern and will address this issue in their upcoming submission.

### Update on Settlement Claims Processing

The Court also expressed interest in an update on the claims processing status by both HMA and KMA to assess relative progress, among other considerations.

The parties believe claims processing will have advanced sufficiently to provide a meaningful joint progress report on or before December 17, 2020.

DATED: November 28, 2020

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Shon Morgan
Shon Morgan
*Attorneys for Hyundai Motor America, Hyundai Motor Company, Kia Motors America, and Kia Motors Corporation.*

DATED:  November 28, 2020     SAUDER SCHELKOPF LLC

By /s/ *Matthew D. Schelkopf*

Joseph G. Sauder
Matthew D. Schelkopf
Joseph B. Kenney
**SAUDER SCHELKOPF**
555 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
jgs@sstriallawyers.com
mds@sstriallawyers.com
jbk@sstriallawyers.com

Adam Gonnelli (*pro hac vice*)
**THE SULTZER LAW GROUP**
85 Civic Center Plaza, Suite 104
Poughkeepsie, NY 12601
Telephone: (845) 483-7100
Facsimile:  (888) 749-7747
gonnelia@thesultzerlawgroup.com

Bonner Walsh (*pro hac vice*)
**WALSH PLLC**
1561 Long Haul Road
Grangeville, ID 83530
Telephone: (541) 359-2827
Facsimile:  (866) 503-8206
bonner@walshpllc.com

Steve W. Berman (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

**ECF ATTESTATION**

I, Shon Morgan, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

By  */s/ Shon Morgan*
Shon Morgan