UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:17-cv-00838-JLS-JDE					Date: April 16, 2021
Title: In re: Kia Engine Litigation

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present					Not Present

**PROCEEDINGS:   (IN CHAMBERS)   ORDER REQUESTING SUPPLEMENTAL BRIEFING**

    Pending before the Court is the parties' joint Motion for Final Approval of Class Action Settlement (Mot., Doc. 143) and Motion for Attorneys' Fees (Mot. Fees, Doc. 139.)  In reviewing the original and supplemental briefing provided, the Court notes that the parties seem to have made an error regarding the claims processing information provided for Hyundai.  Specifically, in the supplemental briefing filed on November 6, 2020, the parties represented that, as of October 28, 2020, Hyundai had received a total of 28,394 claims for a total face value of **$29,927,810.00.**  (Supp. Gonnelli Decl. ¶ 8, Doc. 164-2.)  This results in an average claim value of approximately $1,050.  In the further supplemental briefing provided a month later, however, the Manager of Recall Communication and Settlement for Hyundai stated that, as of December 10, 2020, "Hyundai has received 41,461 claims with a total face value of **$29,979,908.83**."  (Lee Decl. ¶ 3, Doc. 192-2.)  The updated information includes approximately 13,000 more claims, but only about $52,099 in additional total claimed value—resulting in an average claim value of approximately $4.00 for the additional claims.

    As this seems to be an error, the Court ORDERS the parties to file supplemental briefing **no later than Friday, April 23, 2020 at 5:00 p.m.** (1) clarifying whether either of these supplemental filings was incorrect; and (2) providing the Court with updated claims processing information separated by Kia and Hyundai, including: total claims

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:17-cv-00838-JLS-JDE                                           Date: April 16, 2021
Title:  In re: Kia Engine Litigation

received; total face value of all claims; the number *and* face value of claims that have been approved (or tentatively approved); and the number *and* face value of claims that have been denied.

Initials of Deputy Clerk: mku