QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
    shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Kari Wohlschlegel (Bar No. 294807)
    kariwohlschlegel@quinnemanuel.com
  Tina Lo (Bar No. 311184)
    tinalo@quinnemanuel.com
  Christine W. Chen (Bar No. 327581)
    christinechen@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Hyundai and Kia Engine Litigation* | CASE NO. 8:17-cv-00838 <br><br> Member Cases: <br> 8:17-cv-01365-JLS-JDE <br> 8:17-cv-02208-JLS-JDE <br> 2:18-cv-05255-JLS-JDE <br> 8:18-cv-00622-JLS-JDE <br><br> Related Case: <br> 8:18-cv-02223-JLS-JDE <br><br> **DEFENDANTS' NOTICE REGARDING THE COURT'S APRIL 16, 2021 ORDER (DKT. 196)** <br><br> The Hon. Josephine L. Staton <br> Courtroom: 10A <br> Trial Date: None Set |

1. Defendants submit for the Court's consideration the Declaration of Daniel Lee Regarding Status of Claims Administration, attached as Exhibit A, which provides further detail about the issues the Court raised in its April 16, 2021 Order (Dkt. 196) as well as the status of Hyundai's claims process generally. Defendants also anticipate submitting an update from Kia's claims administrator, Epiq, on Monday, April 26, 2021.

DATED: April 23, 2021               QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                    By /s/ Shon Morgan
                                       Shon Morgan
                                       *Attorneys for Hyundai Motor America, Hyundai Motor Company, Kia Motors America, and Kia Motors Corporation.*