QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
    shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100
  Kari Wohlschlegel (Bar No. 294807)
    kariwohlschlegel@quinnemanuel.com
  Tina Lo (Bar No. 311184)
    tinalo@quinnemanuel.com
  Christine W. Chen (Bar No. 327581)
    christinechen@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| *In re: Hyundai and Kia Engine Litigation* | CASE NO. 8:17-cv-00838 |
|---|---|
| | Member Cases:<br>8:17-cv-01365-JLS-JDE<br>8:17-cv-02208-JLS-JDE<br>2:18-cv-05255-JLS-JDE<br>8:18-cv-00622-JLS-JDE |
| | Related Case:<br>8:18-cv-02223-JLS-JDE |
| | **DEFENDANTS' NOTICE REGARDING THE COURT'S ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT (DKT. 202)** |
| | The Hon. Josephine L. Staton<br>Courtroom: 10A<br>Trial Date: None Set |

The Court's May 10 Order directed the parties to confirm that "any written notice of final claim determination other than one granting full payment specifically reminds the Claimant of the right to BBB-administered arbitration, that it will be paid for by Defendants except upon a determination of Claimant's bad faith by the arbitrator, and that the Claimant has 60 days in which to notify Hyundai or Kia in writing of Claimant's election to arbitrate." (Dkt. 202 at 46; *see also id.* at 19.)

Defendants confirm that the final determination notices issued to claimants reminded them of their right to a BBB-administered arbitration and the need to provide a written request for arbitration to Hyundai or Kia within 60 days of the determination notice.

Defendants further confirm that they have taken steps to ensure that final determination notices going forward will also indicate that Hyundai or Kia will pay for the BBB-administered arbitration unless the mediator or arbitrator finds the Claimant's claims were brought in bad faith. (*See* Dkt. 202 at 46-47 ("If the final claim determination notice does not provide such information to Claimants, the parties shall take immediate steps to remedy that.").)

DATED: May 14, 2021         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Shon Morgan
Shon Morgan
*Attorneys for Hyundai Motor America, Hyundai Motor Company, Kia Motors America, and Kia Motors Corporation.*