QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
   shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100
  Kari Wohlschlegel (Bar No. 294807)
   kariwohlschlegel@quinnemanuel.com
  Tina Lo (Bar No. 311184)
   tinalo@quinnemanuel.com
  Christine W. Chen (Bar No. 327581)
   christinechen@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| *In re: Hyundai and Kia Engine Litigation* | CASE NO. 8:17-cv-00838-JLS-JDE<br><br>Member Cases:<br>8:17-cv-01365-JLS-JDE<br>8:17-cv-02208-JLS-JDE<br>2:18-cv-05255-JLS-JDE<br>8:18-cv-00622-JLS-JDE<br><br>Related Case:<br>8:18-cv-02223-JLS-JDE<br><br>**DEFENDANTS' NOTICE REGARDING EXCLUSION OF COMMERCIAL ENTITIES**<br><br>The Hon. Josephine L. Staton<br>Courtroom: 10A<br>Trial Date: None Set |
|---|---|

The Court's May 10 Order gave final approval to the parties' class action settlement that excluded commercial entities that regularly engage in vehicle resales. (Dkt. 202 at 3, 22.)  As the Court noted in its Order, the parties had proposed sending notices to now-excluded entities who submitted claims explaining the change but that defendants are willing to consider extending benefits similar to those offered in the settlement as a goodwill gesture. (*Id.* at 26 n.18.)

Attached as Exhibits A and B are, respectively, Hyundai and Kia's proposed notices of exclusion to these commercial entities.  The notices inform recipients that they (1) are no longer members of the settlement class as per changes in the settlement agreement; (2) are no longer bound by the settlement terms; (3) are no longer entitled to benefits under the settlement; (4) may contact defendants about potentially obtaining similar benefits; and (5) should still obtain a free Knock Sensor Detection Software installation.

Absent any suggested modifications by the Court, defendants will prepare to print and mail the notices to the now-excluded entities beginning on June 1, 2021. Defendants will file a supplemental notice providing the Court with a list of recipients once the notice campaign is completed.

DATED: May 19, 2021

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Shon Morgan
Shon Morgan
*Attorneys for Hyundai Motor America, Hyundai Motor Company, Kia Motors America, and Kia Motors Corporation.*