# EXHIBIT B

# NOTICE OF EXCLUSION FROM SETTLEMENT

## *YOUR LEGAL RIGHTS ARE AFFECTED*

This Notice pertains to the class action lawsuit known as *In re: Hyundai and Kia Engine Litigation*, No. 8:17-cv-00838-JLS-JDE and *Flaherty v. Hyundai Motor Company, et al.*, No. 18-cv-02223 (C.D. Cal.).

You are receiving this Notice because you have submitted a claim under the class action settlement, but, due to revisions to the Settlement Agreement, you are no longer a member of the Settlement Class. The Settlement Agreement now **excludes** from the Settlement Class: vehicle owners or lessees who rent or previously rented the Class Vehicle for the use of third parties, including leasing companies; new and used motor vehicle dealers, franchisees, vehicle brokers, or automobile auction houses engaged in the business of buying, selling, leasing, or dealing in motor vehicles; and banks, credit unions, or other lienholders.

This means:

- You are no longer legally bound by the terms of the Settlement.  You are also no longer entitled to the benefits provided by the Settlement.  You will be excluded for all claims you have that are included in the Settlement.  You will not be legally bound by anything that happens in this lawsuit.  Depending on the laws in your state, you may be able to sue (or continue to sue) Kia Corporation (formerly, Kia Motors Corporation) and Kia America, Inc. (formerly, Kia Motors America, Inc.) (collectively, "Kia") or other related entities or individuals in the future about the legal issues in this case.

- While you are no longer entitled to the benefits provided by the Settlement, since you have submitted a claim, as a goodwill gesture, Kia is willing to offer benefits to you similar to those offered under the Settlement should you be willing to provide a release of your individual claims. You will need to contact Kia about the benefits you are seeking by (1) writing to Consumer Assistance Center, Kia America, Inc., P.O. Box 52410, Irvine, CA 92619-2410; (2) messaging Kia via https://ksupport.kiausa.com/ConsumerAffairs; or (3) calling 1-800-333-4542.  Kia will consider these requests on a case-by-case basis.  Even if your claim was previously denied, Kia may reconsider offering benefits to you.  This Notice does not obligate Kia to provide you with the same benefits for which you may have previously submitted a Settlement claim.

- Your exclusion from the Class does not prevent you from obtaining a free Knock Sensor Detection Software ("KSDS") installation from Kia.  Kia encourages you to schedule an appointment with your local dealer for KSDS installation if you have not yet done so.

If you believe you have been mistakenly excluded from this Settlement or otherwise wish to contact Kia regarding this Notice, please write to Kia Claims Administrator, c/o Epiq, P.O. Box 3145, Portland, OR 97208-3145 or call 1-855-951-0807.  Please visit www.kiaenginesettlement.com for a copy of this Notice and updated Settlement Agreement.