UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:17-cv-00838-JLS-JDE                                    Date: June 11, 2021
Title: In re: Kia Engine Litigation

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                                      Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER REQUIRING STATUS REPORT**

On May 10, 2021, the Court ordered Class Counsel to provide a supplemental declaration with the results of Class Counsel's audit of a statistically significant sample of Defendants' claim denials, including the basis for the denials, the nature of documentation Defendants are requiring for claim approval, and other information addressing the propriety of the denials.  (Final Approval Order, Docs. 201, 202.)  Class Counsel timely submitted the required declaration with appropriate information.  (Walsh Decl., Doc. 207.)

In the declaration, Class Counsel found a high rate of Kia/Epiq claim denials requiring further review, and noted improper denials resulting from "(i) Epiq's misinterpretation of the settlement; (ii) confusing and misleading feedback from Epiq to Class Members; and (iii) errors and/or oversights in reviewing the claim."  (*Id.* ¶ 10.)  Class Counsel avers that they are continuing to work through these issues with Kia/Epiq.  (*Id.* ¶ 14.)

Accordingly, the Court ORDERS Class Counsel to submit a status report in **ninety (90) days from the date of this Order,** providing the Court with an update on Class Counsel's continuing claims review.

Initials of Deputy Clerk: mku