QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
    shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100
  Kari Wohlschlegel (Bar No. 294807)
    kariwohlschlegel@quinnemanuel.com
  Tina Lo (Bar No. 311184)
    tinalo@quinnemanuel.com
  Christine W. Chen (Bar No. 327581)
    christinechen@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Hyundai and Kia Engine Litigation* | CASE NO. 8:17-cv-00838-JLS-JDE<br><br>Member Cases:<br>8:17-cv-01365-JLS-JDE<br>8:17-cv-02208-JLS-JDE<br>2:18-cv-05255-JLS-JDE<br>8:18-cv-00622-JLS-JDE<br><br>Related Case:<br>8:18-cv-02223-JLS-JDE<br><br>**DEFENDANTS' SUPPLEMENTAL NOTICE REGARDING EXCLUSION OF COMMERCIAL ENTITIES**<br><br>The Hon. Josephine L. Staton<br>Courtroom:  10A<br>Trial Date: None Set |

Defendants provide this report on dissemination of the supplemental notice approved by the Court. (Dkt. 209.) Hyundai emailed and mailed notices to 87 commercial entities and owners on June 11, 2021 and June 16, 2021. Kia mailed 257 notices on June 18, 2021.[1] Hyundai and Kia also posted the exclusion notice to their respective settlement websites.

Attached as Exhibit A are the names of recipient entities and owners who were sent the exclusion notice.

DATED: June 28, 2021

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Shon Morgan
Shon Morgan
*Attorneys for Hyundai Motor America, Hyundai Motor Company, Kia Motors America, and Kia Motors Corporation*

---

[1] Kia mailed one notice per VIN, potentially resulting in multiple notices sent to the same recipient. Approximately 131 unique businesses or commercial entities received notices.