



Clerk of Court
U.S. Court of Appeals, 9th Circuit
James Browning Courthouse
95 7th St.
San Francisco, CA 94103

First, my humble apologies for this tardiness. I am a Quality Control Engineer, not an Attorney, such that, this is my first rodeo and I am a poor bronc rider.

Enclosed are four copies of my "Motion for Extension of Time", based on "Due Diligence".

Please distribute these as required by law.

Thank you for your assistance in this matter.

Paul Sampson, PE    nospmas454@gmail.com
244 N. Sage St.
Sunsites, AZ 85625
520-826-3545

Case 8:17-cv-00838-JLS-JDE Document 214 Filed 08/09/21 Page 2 of 4 Page ID #:5130

RECEIVED
U.S. COURT OF APPEALS
AUG 09 2021

FILED
DOCKETED
DATE
INITIA

## MOTION FOR EXTENSION OF TIME

Chronology of Due Diligence by Appellant re. KIA/Hyundai Engine Events, Case 8:17-cv-00838-JLS-JDE Document 128-1 Filed 3/11/20. This case needs at minimum an addendum to protect Seniors Citizens, Social Security Recipients, AARP Members, Disabled Veterans, disabled non-veterans, and persons qualifying within the Americans with Disability Act.

May 10, 2020:
    First known date by Appellant, Paul A. Sampson, of proposed Class Action Suit by Centko and Lasar, et.al, v KIA and Hyundai Motors for engine defects.

Sept 1, 2020:
    Appellants Evaluation of the **proposed** Class Action Settlement: Appellant decided not to sign any **proposed** agreement. The Warranty modification of the agreement between KIA and Appellant (a Wyoming citizen) was altered, unsatisfactory and appeared arbitrary.

Nov 11, 2020:
    Date of fairness hearing. Appellant did not participate.

June 10, 2021:
    Date of Final Judgment.

June 25, 2021:
    Contacted the Gerry Spence Law Office, Jackson WY, and requested help for a "Fellow Stranded Wyomingite". They agreed. A few days later they declined to handle my case and refused to inform me as to why the change of mind.

    Appellant lives in a small desert community with no professional legal services.

    Appellant's spouse has initial indications of dementia, age 93, is handicapped and requires considerable time for assistance.

    Appellant has been working on a proposed Amendment to the Final Judgment intermittently for approx 6 weeks.

    Appellant misread the time deadline for an Appeal as 60 days, and now begs The Court an extension of time for filing.

*/s/ Paul A. Sampson*
Paul A. Sampson, PE   nospmas454@gmail.com
244 N. Sage St.
Sunsites, AZ 85625
520-826-3545

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

FROM:
Mr Paul Sampson
244 N Sage St
Sunsites, AZ 85625

TO:
Clerk of Court
U.S. Court of Appeals, 9th Circuit
James Browning Courthouse
95 7th Street
San Francisco, CA 94103

UNITED STATES POSTAL SERVICE

US POSTAGE PAID
$7.95
Origin: 85625
08/06/21
0362530479-04

Retail

PRIORITY MAIL 2-DAY®
0 Lb 2.90 Oz
1004
C021

EXPECTED DELIVERY DAY: 08/09/21

SHIP TO:
95 7TH ST
San Francisco CA 94103-1518

USPS TRACKING® #
9505 5109 5992 1218 0992 18

TRACKED • INSURED



